IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOON TAIK LIM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KOREAN ASSOCIATION OF | : | |
| SOUTHERN NEW JERSEY et al. | : | NO. 02-4072 |

## ORDER

AND NOW, this 15th day of January, 2003, upon consideration of Plaintiff having filed an Amended Complaint (Doc. No. 11), and Defendants having filed an Answer to Plaintiff's Amended Complaint (Doc. No. 15), it is hereby

ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 6) is DENIED AS MOOT.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Orders\Lim v. Korean Central 02-4072 01-15-03.wpd