IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOON TAIK LIM                          :
                                       :
        Plaintiff,             :
                                       :   CIVIL ACTION
    v.                                 :
                                       :   NO. 02-CV-4072
KABC, et al.                           :
                                       :
        Defendants.            :

### ENTRY OF APPEARANCE

FILED JAN 2 4 2003

TO THE CLERK:

Please enter the appearance of the undersigned on behalf of defendant The Korean Daily Tribune, Inc. d/b/a Dong A Daily News in the above action.

                          Respectfully submitted,

Date:  January 24, 2003

                          _____
                          Michael D. Epstein (No. 62264)
                          Beth A. Friel (No. 86548)
                          Montgomery, McCracken, Walker &
                              Rhoads, LLP
                          Avenue of the Arts
                          123 South Broad Street
                          Philadelphia, PA  19109
                          215-772-1500

## CERTIFICATE OF SERVICE

I, Michael D. Epstein, hereby certify that I caused a copy of the forgoing Entry of Appearance, to be served by first class U.S. mail, postage prepaid, upon the persons, at the addresses and on the date that appears below:

> Glenn Randall, Esquire
> Randall & Homel, LLC
> 1511 Norristown Road
> Ambler, PA  19002
>
> Attorney for Plaintiff
>
> and
>
> KABC
> Korean American Broadcasting Co.
> 1925 W. Cheltenham Avenue
> Elkins Park, PA  19027

FILED JAN 2 4 2003

Date:  January 24, 2003

_____
Michael D. Epstein