IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOON TAIK LIM                           :
                                        :
            Plaintiff,                  :
                                        :     CIVIL ACTION
v.                                      :
                                        :     NO. 02-CV-4072
KOREAN ASSOCIATION OF                   :
    SOUTHERN NEW JERSEY, *et al.*       :
                                        :
            Defendants.                 :

## STIPULATION OF DISMISSAL

The parties to this action, by their undersigned counsel, hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed, with prejudice, with each party to bear its costs and attorney fees.

_____         _____
Glenn Randall, Esquire                  Michael D. Epstein, Esquire
Randall & Homel, LLC                    Montgomery, McCracken,
1511 Norristown Road                        Walker & Rhoads, LLP
Ambler, PA  19002                       123 South Broad Street
                                        Philadelphia, PA  19109

Attorney for Plaintiff                  Attorney for Defendants
Moon Taik Lim                           The Korean Central Daily
                                        The Joongang USA New York,
                                        The Korean Central Daily Joongang
                                        Philadelphia Branch and
                                        The Korean Daily Tribune
                                        d/b/a Dong A Daily News

929948v1